IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00525-EWN-MJW

DONALD WILLIAMS,

Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order, DN 23, filed with the Court is GRANTED. The tendered Protective Order is approved and made an order of the court.

Date: July 23, 2008